IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

ALINA VAZQUEZ,

       Plaintiff,

v.

BURLINGTON COAT FACTORY
WAREHOUSE CORPORATION,

       Defendants.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ALINA VAZQUEZ, sues the Defendants, BURLINGTON COAT FACTORY

WAREHOUSE CORPORATION ("Burlington"), and LKS ASSOCIATES (DELAWARE) LTD.

("LKS"), and alleges:

1.      This is an action for damages in excess of thirty thousand dollars ($30,000.00.

2.      At all times material hereto, Defendant, Burlington, was a foreign corporation

authorized to do business in Miami-Dade County, Florida.

4.      At all times material hereto, the Plaintiff has been a resident of Miami-Dade

County, Florida, and is otherwise *sui juris*.

5.      At all times material hereto, Defendant, Burlington, owned, operated, maintained

and controlled the premises located at 3895 W 20th Ave., Hialeah, Florida.

6.      On or about May 30, 2020, Plaintiff was an invitee at the aforementioned premises

where she slipped and fell due to a transitory substance on the floor and suffered severe and

permanent bodily injury.

**EXHIBIT "A"**

CASE NO.:
Page **2** of **3**

## COUNT I
## NEGLIGENCE AGAINST BURLINGTON

Plaintiff re-alleges the allegations contained in paragraphs one through 6 (1-6) as if pled herein.

7.     The Defendant owed a duty to the Plaintiff to exercise reasonable care and to keep its premises in a reasonably safe condition.

8.     Defendant breached its duty to maintain the premises in a reasonably safe condition by one or more of the following acts or omissions:

   a)     Defendant, allowed a dangerous and defective condition to be created and\or to remain, to wit: a slippery transitory substance on the floor which created a slip and fall hazard, and which was there for such a length of time that the Defendant knew or should have known that such condition existed;

   b)     Defendant failed to warn Plaintiff of the dangerous condition;

   c)     Defendant failed to take appropriate measures to remedy the dangerous condition;

   e)     Defendant could reasonably anticipate that the dangerous condition would arise because it occurred with regularity; the floors were always wet.

9.     As a direct and proximate result of Defendant's negligence, Plaintiff was injured in and about her body and extremities, and has suffered therefrom pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense and hospitalization, medical and nursing care treatment, and aggravation of a previously existing condition.  These losses are either permanent or continuing in nature and the Plaintiff will suffer the said losses in the future.

*WHEREFORE*, Plaintiff demands judgment for damages against Defendant, together with costs and prejudgment interest, and demands trial by jury.

**EXHIBIT "A"**

CASE NO.:
Page **3** of **3**

JOSE M. FRANCISCO, P.A.
*Attorneys for Plaintiff*
8660 W. Flagler St.
Suite 100
Miami, Florida  33144
Tel: (305) 649-2213 Ext.1015
Email: litigationattorney1@jmflawyers.com
        litigationsec1@jmflawyers.com

By: _____
      NICHOLAS DEMAHY
      FL. Bar No. 123790

**EXHIBIT "A"**

# RETURN OF SERVICE

**State of Florida**                    **County of Miami-Dade**                    **Circuit Court**

Case Number: 2021-005661-CA-01

Plaintiff:
**ALINA VAZQUEZ**

vs.

Defendant:
**BURLINGTON COAT FACTORY WAREHOUSE CORPORATION**

For:
JOSE M. FRANCISCO, P.A.
8660 WEST FLAGLER STREET, SUITE 100
MIAMI, FL 33144

Received by Lightning Legal Couriers on the 15th day of March, 2021 at 3:54 pm to be served on **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION BY SERVING ITS REGISTERED AGENT: CT CORPORATION, 1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324.**

I, Fred Humphries, do hereby affirm that on the **16th day of March, 2021** at **11:40 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint and Demand for Jury Trial, Request to Produce to Defendant and Plaintiff's Notice of Serving Interrogatories on Defendant** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH AS SENIOR OPERATIONS MANAGER FOR CT CORPORATION SYSTEM** as **REGISTERED AGENT** for **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION**, at the address of: **1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2)

**Fred Humphries**
SPS#824

**Lightning Legal Couriers**
**9280 SW 64 Street**
**Miami, FL 33173**
**(786) 286-4167**

Our Job Serial Number: LTN-2021000965

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

# EXHIBIT "A"

Filing # 122823440 E-Filed 03/10/2021 10:41:00 AM

*3·16·21 11:40ₐ*
*F.H #824*

IN THE CIRCUIT COURT OF THE
11ᵗʰ JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2021-005661-CA-01

ALINA VAZQUEZ,

      Plaintiff,

v.

BURLINGTON COAT FACTORY
WAREHOUSE CORPORATION,

      Defendant.

_____/

## SUMMONS

### THE STATE OF FLORIDA:

### TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and Request for Production in the above styled cause upon the Defendant:

**BURLINGTON COAT FACTORY WAREHOUSE CORPORATION**
By Serving its Registered Agent:
CT Corporation
1200 South Pine Island Rd.
Plantation, FL 33324

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Plaintiff's attorney, whose name and address is: JOSE M. FRANCISCO, P.A., 8660 West Flagler Street, Suite 100, Miami, FL 33144(305) 649-5060 within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day or service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

    **WITNESS** my hand and the seal of the Court on ___3/12/2021___, 2021.

          HARVEY RUVIN
          As Clerk of the Circuit Court



                      310009
By_____
    DEPUTY CLERK

**EXHIBIT "A"**